IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT W. DIBIASIO,<br><br>Plaintiff,<br><br>v.<br><br>PLASMA PROTEIN THERAPEUTICS ASSOCIATION<br><br>Defendant. | No: 1:07CV00390 (EGS)<br><br>February 27, 2007 |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant Plasma Protein Therapeutics Association ("PPTA") hereby files this Notice of Voluntary Dismissal of the case styled *Scott W. DiBiasio v. Plasma Protein Therapeutics Association,* Case No. 1:07CV00390. The case is duplicative of Case No. 1:07CV00300, already on Judge Friedman's docket, and was opened in error.

WHEREFORE, Defendant Plasma Protein Therapeutics Association respectfully requests that Case No. 1:07CV00390 be dismissed.

Respectfully submitted,

_____/s/_____
David J. Ervin, D.C. Bar No. 445013
Thomas E. Gilbertsen, D.C.Bar No. 432290
Joanna E. Baden-Mayer
KELLEY DRYE & WARREN LLP
3050 K Street NW Ste. 400

                                      Washington, D.C. 20007
                                      Telephone: 202-342-8400
                                      Facsimile: 202-342-8451

                                      Attorneys for Defendant
                                      Plasma Protein Therapeutics Association

Dated: February 27, 2007

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 27th day of February, 2007, a copy of the foregoing Notice of Dismissal was served by electronic service on:

>Alan Lescht
>Alan Lescht & Associates, P.C.
>1050 17th Street, N.W.
>Suite 220
>Washington, D.C., 20036
>
>Attorneys for Plaintiff

_____/s/_____
DAVID J. ERVIN